UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA ]
] No. 14CR10201-
v. ]
]
1. ERIC MCPHAIL ]          **SEALED**
2. DOUGLAS PARIGIAN ]

## MOTION TO SEAL INDICTMENT

The government hereby moves to seal the indictment in this case until the defendants are arrested. As grounds for this motion, the government states that if the indictment remains unsealed before arrest the defendants may learn of the indictment and flee, or make the arrest itself more dangerous for federal agents. One defendant, Douglas Parigian, is a criminal defense lawyer, and he knows that charges may be imminent in this case. Because of his profession, he may also know how to monitor unsealed criminal filings.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By: _____
Andrew E. Lelling
Assistant U.S. Attorney

Date: July 9, 2014

SO ORDERED, this 9th day of July, 2014.

_____
HON. JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE