UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | No.   14-CR-10201-DJC |
| v. | ] | |
| | ] | |
| 1.  ERIC MCPHAIL | ] | |
| 2.  DOUGLAS PARIGIAN | ] | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5, the parties hereby submit this joint status report in anticipation of the initial status conference scheduled for August 20, 2014.

### I.   Status of Discovery and Timing of Additional Production

Automatic discovery is not complete.  On August 7, 2014, along with other miscellaneous items, the government produced all materials gathered using multiple search warrants and the warrant applications themselves.  The government also invited counsel to review the contents of a government database of materials received through the use of grand jury subpoenas, or to provide a hard drive onto which the government could copy the database.

The government has received one hard drive so far, but the government's database is not quite finished; vacation schedules among the technical personnel building the database slowed the process through most of August.  The government anticipates that the database will be complete – and transferred to whatever drives the government has been given – within three to four weeks.

### II.  Timing of Additional Discovery Requests

After the government confirms that automatic discovery is complete, the defendants reserve the right to make additional discovery requests pursuant to Local Rule 116.3.

**III.     Protective Orders**

The government anticipates seeking a protective order to protect personal identifying information and other sensitive information contained in materials produced in automatic discovery. The government will confer with the defendants on this issue.

**IV.     Rule 12 Motions**

The defendants suggest that any motions under Rule 12 be filed within 60 days of the completion of automatic discovery.

**V.     Expert Disclosures**

The parties suggest that any expert disclosures be due 60 days (government) and 45 days (defense) before trial.

**VI.     Excludable Delay**

Pursuant to Local Rule 112.2(a)(1) and the Speedy Trial Act, the government moves for exclusion of the period from arraignment (July 11, 2014) through August 20, 2014.

**VII.     Future Conferences**

The parties suggest an interim status conference approximately a month from the date of this initial status conference.

Respectfully submitted,

| Carmen M. Ortiz | Eric McPhail | Douglas Parigian |
| United States Attorney | Defendant | Defendant |

By:  /s/ *Andrew Lelling*              /s/ *Thomas Kiley*              /s/ *Allison Koury*
     Andrew Lelling                    Thomas Kiley, Esq.              Allison Koury, Esq.
     Assistant U.S. Attorney           Counsel to Eric McPhail         Stanley Norkunas, Esq.
                                                                       Counsel to Douglas Parigian

**CERTIFICATE OF SERVICE**

       I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, on August 19, 2014.

                                                 /s/ *Andrew Lelling*
                                                 Andrew E. Lelling